Ex Parte                          From The 402nd District Court

12-14-00314-CR
12-14-00315-CR                                    in
12-14-00317-CR
Daniel Wayne Mclemore  12-14-00318-CR   Wood County,Texas.



FILED N COURT OF APPEALS
12 Court of Appeals District
DEC 14 2015
TYLER TEXAS
PAM ESTES, CLERK

Petition For Time Extension


To The Honorable **Twelfth (12) Court of Appeals:**

Nowcomes,**Daniel Wayne Mclemore**,hereafter known as the **PETI-TIONER** do present this **PETITION   FOR A TIME EXTENSION** and this **"PETITION"** should be **"GRANTED"** based on the henceforth reasons, the Petitioner shall direct the Honorable Said Court's attention to the following:


I.

The Petitioner contends that he pled guilty in Cause No.**22,0 01-2013** for the said offense of **Attempted Capital Murder** of a **Peace Officer/Fireman** punishment was assessed at **nineteen (19) years**; Cause No.**22,002-2013** for the said offense of **Attempted Capital Murder** of a **Peace Officer/Fireman** punishment was assessed at **nine**

(1)

teen (19) years; Cause No.22,003-2013 for the said offense of ___

_Deadly Conduct_ _____ : punishment assessed at

ten (10) years; Cause No.22,004-2013 for the said offense of **Aggra**

**vated Assault** with a **Deadly Weapon** punishment assessed at **ten (10)**

years; and Cause No.22,005-2013    Deadly Conduct

hment assessed at **ten (10) years**;


## II.

The Petitioner contends that his **appellate Counselor** filed an

**Anders** Brief(**Anders v. California 386 U.S.738**),and filed a motion

to withdraw as Petitioner's counselor on appeal (**Stafford v. State**

**813 S.W.2d 503,511**),please see,**Jeffery v. State 903 S.W.2d 776,778**

and **Johnson v. State 885 S.W. 2d 641,645-646**. The Petitioner con-

tends that the Honorable Twelfth (12) Court of Appeals granted his

appellate counselor's Anders Brief,and informed the Petitioner

that he could file a **PRO SE** appellate brief on his own;


## III.

The Petitioner contends that he could like to exercise his

right to file a "**PRO 'SE**" appellate brief for the following Cause

Numbers:22,001-2013;22,002-2013;22,003-2013;22,004-2-13;and 22,005

-2013,however,the Petitioner could not file an effective or mean

ingful appeal because he lacked and was in want of the trial court's

records and documents for those said cause numbers. The Petitioner

contends that when he states the trial court's records and docu-

ments for the said cause numbers  he means the **Statement of Facts**;

**all motions that was filed**;**jury selection(VOIR DIRE),all witnesses'**

**statements(STATE & DEFENSE),medical reports,police offense report,**

and **ALL** other records and documents that the court deems as relevant

(2)

to the appeal.

## Relief

The Petitioner humbly seeks and requests this Honorable Court to "GRANT" this **Petition For A Time Extension** by extending his deadline until the end of next month(**January 2016**) because he could not file an effective and meaningful Pro'se brief without the said trial court records and documents,therefore,along with extending the deadline to file his Pro se appeal brief then order the clerk of the said District Court to prepare a copy of the said requested trial court records and send that copy to the Petitioner.

## Prayer

The Petitioner prays that this Honorable Twelfth (12) Court of Appeals would please be lenient on him do to the fact he is a layman of/in the law,and "GRANT" him the desired results that he seeks,that would be in the Best Interest of **JUSTICE**.

**RESPECRFULLY SUBMITTED,**

Mr. Daniel Wayne Mclemore#1965778

Daniel Mclemore

Dolph Briscoe Unit
1459 West Highway 85
Dilley,Texas 78017